stay denied, without costs, on condition that the respondent file a bond to secure the appellant in the sum of $1,500, and thereupon the appellant deliver to the respondent all papers and documents upon which appellant asserts a lien, execute all necessary consents to the payment of all moneys belonging to the respondent which are withheld on account of any asserted lien; all without prejudice to the lien, if any. Otherwise, motion for stay granted, with ten dollars costs. Present—Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of George H. Rice, for Admission to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

The People of the State of New York, Respondent, v. Giuseppe Elefanto, Appellant.— Motion denied, on condition that the appellant perfect his appeal forthwith, place the case on the calendar and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Fred J. Taber, Respondent, v. The City of New York, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Henry H. Creighton, Respondent, v. Carlson Automobile Company, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Ruth Follinsby, an Infant, by Olivia Follinsby, Her Guardian ad Litem, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Bertha Fox and Pauline Lewkowitz, Appellants, v. Ella B. Bainbridge, as Executrix, etc., of Maria Louise Beeckman, Deceased, Known Also as Louise M. Beeckman, and Others, Defendants, Impleaded with Thomas H. Beeckman, Respondent.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., not voting.

The People of the State of New York ex rel. Henry W. Bavendam, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination annulled as contrary to the weight of evidence, and relator reinstated, with fifty dollars costs and disbursements. Jenks, P. J., Hirschberg and Carr, JJ., concurred; Thomas and Rich, JJ., voted for confirmation.

Henry Hirschberg, Respondent, v. John L. Kruger, Appellant.— We think that the Special Term should have relieved the defendant from his default, which was due to excusable inadvertence, and that the defendant should have a hearing upon the merits as presented by the record. The order is reversed, without costs, and the motion to open the default granted, upon payment of ten dollars costs and plaintiff's disbursements on account of the entry of judgment and the proceedings thereon. The judgment must stand as security, or in lieu thereof the defendant may file within ten days a proper bond to secure the plaintiff. The motion for a